Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 916.823.6955
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*
*brandon@emeryreddy.com*

Jason T. Dennett*
**MILBERG, PLLC**
1700 7th Avenue, Suite 2100
Seattle, WA 98101
Telephone: (516) 515-9124
*jdennett@milberg.com*

John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
*jnelson@milberg.com*

*Attorney for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE AMERICAN GIRL IEEPA TARIFF LITIGATION**<br><br>This Document Relates To:<br><br>**ALL ACTIONS** | Lead Case No. 2:26-cv-05522-HDV-(PVCx)<br><br>Hon. Hernan D. Vera<br><br>Notice of Voluntary Dismissal |

**PLEASE TAKE NOTICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Ajani Hoffert ("Plaintiff") hereby gives notice that her claims in this action against Defendant Lavender Lingerie, LLC, dba Savage X Fenty ("Defendant") are voluntarily dismissed without prejudice, with each party to bear its own attorney's fees and costs.

DATED November 10, 2026

Respectfully submitted,

By: */s/ M. Anderson Berry*

M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 916.823.6955
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*
*brandon@emeryreddy.com*

Jason T. Dennett*
**MILBERG, PLLC**
1700 7th Ave, Suite 2100
Seattle, WA 98101
Telephone: (516) 515-9124
*jdennett@milberg.com*

John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
*jnelson@milberg.com*

*Counsel for Plaintiff*

**Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users.

*/s/ M. Anderson Berry*
M. Anderson Berry